```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - -    X
                                 :
UNITED STATES OF AMERICA         :    INDICTMENT
                                 :
        - v. -                   :    20 Cr.
                                 :
CESAR VAZQUEZ                    :
                                 :
                                 :
        Defendant.               :   20 CRIM 154
                                 :
- - - - - - - - - - - - - - -    X
```

## COUNT ONE

(Delay or Destruction of Mail)

1. On or about November 22, 2019, in the Southern District of New York and elsewhere, CESAR VAZQUEZ, the defendant, an employee of the United States Postal Service, did unlawfully secrete, destroy, detain, delay, and open letters, postal cards, packages, bags, and mail, which had been entrusted to the defendant and had come into the defendant's possession, and were intended to be conveyed by mail, and carried and delivered by any carrier and other employee of the Postal Service, and forwarded through and delivered from any post office and station thereof established by authority of the Postmaster General and the Postal Service, to wit, VAZQUEZ, while working at a United States Postal Service Processing and Distribution Center in New York, New York, removed letters from mail-sorting machines and trays and opened the

letters, all of which were intended to be conveyed by mail.

(Title 18, United States Code, Sections 1703(a) and 2)

_____
FOREPERSON

Geoffrey S. Berman/CJD
GEOFFREY S. BERMAN
United States Attorney

Form No. USA-33s-274 (Ed. 9-25-58)

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

**UNITED STATES OF AMERICA**

**v.**

**CESAR VAZQUEZ,**

**Defendant.**

**INDICTMENT**

20 Cr.

(18 U.S.C. §§ 1703(a) and 2.)

GEOFFREY S. BERMAN
United States Attorney

Foreperson