K34KVAZN

1   UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK
2   ------------------------------x

3   UNITED STATES OF AMERICA,

4                   v.                          20 CR 154 (JSR)

5   CESAR VAZQUEZ,

6               Defendant.

7   ------------------------------x

8                                          New York, N.Y.
                                           March 4, 2020
9                                          11:05 a.m.

10  Before:

11                  HON. JED S. RAKOFF,

12                                          District Judge

13
                          APPEARANCES
14

15  GEOFFREY S. BERMAN,
        United States Attorney for the
16      Southern District of New York
    THOMAS S. BURNETT
17      Assistant United States Attorney

18  ROBERT BLOSSNER
        Attorney for Defendant

19

20

21

22

23

24

25

K34KVAZN

1          (Case called)

2          MR. BURNETT:  Good morning, your Honor.  Tom Barnett

3    for the government.

4          MR. BLOSSNER:  Good morning, your Honor.  Robert

5    Blossom for the defendant.

6          THE COURT:  Good morning.  Please be seated.

7          This is an arraignment for Mr. Vazquez.

8          Has defense counsel reviewed the indictment with the

9    defendant?

10          MR. BLOSSNER:  I have, your Honor.

11          THE COURT:  Do you wish it read here again in open

12    court, or do you waive the public reading?

13          MR. BLOSSNER:  We waive the public reading.

14          THE COURT:  Do you want a plea of not guilty entered

15    at this time?

16          MR. BLOSSNER:  We do.

17          THE COURT:  A plea of not guilty will be entered.

18          How long does the government want for the completion

19    of discovery?

20          MR. BURNETT:  We would request two weeks, until

21    March 18th.

22          THE COURT:  Okay.

23          And how long does defense counsel want for the making

24    of any motions?

25          MR. BLOSSNER:  No more than another two weeks after

K34KVAZN

1    that, Judge.

2            THE COURT:  That's fine.  So that would be April 1st.

3            We will put this down for a further conference.  Let's

4    see if anything is available on April 3rd or April 6th.

5            THE DEPUTY CLERK:  April 3rd, a Friday, you are

6    speaking at Minnesota Law.

7            THE COURT:  Oh, okay.

8            THE DEPUTY CLERK:  And the 6th, you are speaking in

9    the morning and you leave at 3:30.  So 2:30?

10           THE COURT:  Let's do 2:00 o'clock on April 6th.

11           At that time, if any motions have been made that can

12   be dealt with orally, they will be; if a written response is

13   required, we'll set a time then for the written response, and,

14   in any event, we'll set a trial date.

15           So, pursuant to Section 3161, Title 18, I will exclude

16   all time between now and April 6th, finding that such time is

17   necessary for the completion of discovery and the drafting of

18   any motions; and, for that and other reasons, the best

19   interests of justice in excluding such time substantially

20   outweigh the interests of the public and the defendant in a

21   speedy trial.  Anything else we need to take up today?

22           MR. BURNETT:  No, your Honor.

23           MR. BLOSSNER:  No, your Honor.

24           THE COURT:  Very well.  Thanks so much.

25                                    * * *