# PAWAR LAW GROUP P.C.

### ATTORNEYS AT LAW

20 VESEY STREET SUITE 1410
NEW YORK NEW YORK 10007

**Robert Blossner**
**Vik Pawar**

TEL (212)  571 0805
FAX (212)  571 0938
www.pawarlaw.nyc

November 25th, 2020

**BY ECF**
The Honorable Jed S. Rakoff
Southern District of New York

Re:        *United States v. Cesar Vazquez*, 20 CR 154 (JSR)

Dear Judge Rakoff:

This letter is submitted in advance of the defendant's sentencing, which is currently scheduled for December 2, 2020.  I have received and reviewed with my client both the Office of Probation's pre-sentence report and the submission of the United States Attorney dated November 24th, 2020.  We wish to inform the court that the defense has no objection to the pre-sentence report nor the government's submission and is in agreement with the applicable sentencing range of zero to six months under the guidelines.

Respectfully Submitted,

/s
Robert Blossner (RB0526)

cc:    Thomas Burnett, Esq.
        Assistant United States Attorney